ORAL ARGUMENT NOT YET SCHEDULED
Case No. 24-1119 (and consolidated cases)

# United States Court of Appeals
# For the District of Columbia Circuit

STATE OF NORTH DAKOTA, STATE OF WEST VIRGINIA, et al.,

Petitioners,

v.

ENVIRONMENTAL PROTECTION AGENCY,

Respondent,

On Petition for Judicial Review of Final Agency Actions of the United States Environmental Protection Agency, 89 Fed. Reg. 38508 (May 7, 2024)

## JOINT PROPOSED BRIEFING FORMAT AND SCHEDULE

Pursuant to this Court's Order dated August 6, 2024, the parties to the above action, *State of North Dakota, et al. v. EPA*, Case No. 24-1119 and consolidated case numbers 24-1154, 24-1179, 24-1184, 24-1190, 24-1194, 24-1201, 24-1217, and 24-1223 have conferred on a proposed briefing schedule and format. Petitioners, Petitioner-Intervenor, Respondent, and Respondent-Intervenors have agreed on a proposed briefing schedule and format.

Given the number of parties involved and the complexity of the issues to be briefed, the Parties agree that an extension of the standard word allotment is

appropriate to fully and fairly litigate this matter. Accordingly, the Parties jointly request that the Court enter the following schedule:

| **Filing** | **Date Due** | **Word Limit** |
|---|---|---|
| **Petitioners' Opening Briefs** | October 1, 2024 | 24,000 words total, divided into up to two briefs at Petitioners' discretion |
| **Petitioner-Intervenor's Opening Brief** | October 8, 2024 | 8,400 words |
| **Respondent's Answering Brief** | November 12, 2024 | 24,000 words |
| **Respondent-Intervenors' Answering Briefs** | November 19, 2024 | 16,800 words divided into up to 2 briefs at Respondent-Intervenors' discretion |
| **Petitioners' Reply Briefs** | November 26, 2024 | 12,000 words total, divided into up to two briefs at Petitioners' discretion |
| **Petitioner-Intervenors' Reply Brief** | December 3, 2024 | 4,200 words |
| **Deferred Appendix** | December 6, 2024 | |
| **Final Briefs** | December 10, 2024 | |

These consolidated cases challenge the United States Environmental Protection Agency's (EPA's) National Emission Standards for Hazardous Air Pollutants: Coal-and Oil-Fired Electric Utility Steam Generating Units Review of Residual Risk and Technology Review, 89 Fed. Reg. 38508 (May 7, 2024) (the Rule). The cases involve 23 state petitioners, 10 industry petitioners, one petitioner-

intervenor, respondent EPA, and 36 respondent-intervenors composed of 18 associations and 18 states and cities. EPA's 648-page Index of the Administrative Record includes over 5,800 documents. *See* EPA's Notice of Filing of Certified Index to the Administrative Record (June 24, 2024) (Doc. ID No. 2061181).

Petitioners expect to raise a number of issues, including statutory interpretation questions and arguments concerning technical topics relating to power grid reliability, the efficacy of the original MATS Rule, the Rule's costs and benefits, and other complex topics meriting thorough and detailed discussion. The proposed expanded word allotments will allow the Parties to comprehensively discuss the technical topics that underpin the Rule while also allowing the various parties space to explain party-specific issues.

Despite the number of parties, complexity of the issues, and size of the administrative record, the Parties' proposed word count totals less than two standard briefs in the aggregate for the principal briefs of the Petitioners and EPA. The proposed aggregate word count of the Respondent-Intervenors is equivalent to the 70% allocation provided under D.C. Cir. Rule 32(e)(2)(b). The proposed word count of the Petitioner-Intervenor's principal brief is 50% of the aggregate allocation for the Respondent-Intervenors. And the proposed word counts for the reply briefs of Petitioners and Petitioner-Intervenors are 50% of their respective principal briefs,

3

consistent with the proportion in D.C. Cir. Rule 32(e)(2)(B) and Fed. R. App. P. 32(a)(7)(B)(ii).

These proposed word counts are analogous to the word counts the Court has permitted for other complex litigation of national importance under the Clean Air Act and are shorter than some word counts permitted for other Clean Air Act litigation. For example, in Clean Air Act litigation over the Biden Administration's power plant greenhouse gas rule, the Court recently permitted principal briefs up to 32,000 words in the aggregate, with 16,000 words in the aggregate for reply. *See West Virginia et al. v. EPA*, No. 24-1120 (Order dated Aug. 9, 2024) (Doc. No. 2069206). Similarly, to litigate petitions for review of the "Affordable Clean Energy Rule" – another CAA rulemaking – this Court authorized 52,800 words across four Petitioners' briefs, 52,800 words for Respondents, and 26,400 across four reply briefs. *See Am. Lung Ass'n v. EPA*, No. 19-1140 (Order dated Jan. 31, 2020) (Doc. No. 1826621). And in the "Clean Power Plan" litigation, the Court permitted 42,000 words for principal briefs and 21,000 words for reply. *See West Virginia v. EPA*, No. 15-1363 (Order dated Jan. 28, 2016) (Doc. No. 1595922).

The Court's authorization of an extended word count is warranted here for the same reasons that it was warranted in the aforementioned cases: Clean Air Act litigation is often highly complex, and when many petitions for review are

4

consolidated, as they are here, the parties require additional briefing space in order to adequately raise and respond to all relevant arguments.

Additionally, Petitioners reserve the right to move for Respondent to supplement the record or produce limited documents in discovery. EPA's position is that discovery is inappropriate in this record-review case. But the parties will attempt to narrow any records dispute and endeavor to brief any such motions on a timeline that permits for prompt resolution.

The Parties respectfully request that the Court enter the jointly proposed schedule and format for briefing these consolidated cases.

DATE: AUGUST 20, 2024

PATRICK MORRISEY
Attorney General

/s/ Michael R. Williams
MICHAEL R. WILLIAMS
Solicitor General
Office of the Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

DREW H. WRIGLEY
Attorney General

/s/ Philip Axt
PHILIP AXT
Solicitor General
600 E Boulevard Ave., Dept. 125
Bismarck, ND 58505
Phone: 701.328.2210
pjaxt@nd.gov

NESSA HOREWITCH COPPINGER
DAVID M. FRIEDLAND
Special Assistant Attorneys General
1900 N Street NW, Suite 100
Washington, DC 20036
ncoppinger@bdlaw.com
dfriedland@bdlaw.com

*Counsel for State of North Dakota*

On Behalf of State Petitioners in No. 24-1119

*/s/ Charles T. Wehland*
Charles T. Wehland
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60601-1692
Tel: (312) 269-4388
ctwehland@jonesday.com

Yaakov Roth
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-7658
yroth@jonesday.com

Jeffery D. Ubersax
KUSHNER & HAMED CO., LPA
1375 East Ninth Street, Suite 1390
Cleveland, OH 44114
Tel: (216) 696-6700
jdubersax@kushnerhamed.com

*Counsel for Petitioner in No. 24-1154*

*/s/ Elizabeth C. Williamson*
ELIZABETH C. WILLIAMSON
*Counsel of Record*
BALCH & BINGHAM LLP
601 Pennsylvania Ave. N.W.
Suite 825 South
Washington, D.C. 20004
(202) 661-6342
(202) 347-6001 (fax)
ewilliamson@balch.com

*/s/ Misha Tseytlin*
MISHA TSEYTLIN
*Counsel of Record*
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 759-1939 (fax)
misha.tseytlin@troutman.com

*/s/ Megan Berge*
Megan H. Berge
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-1308
megan.berge@bakerbotts.com

*Counsel for Petitioners in No. 24-1179*

*/s/ C. Grady Moore III*
C. Grady Moore III
P. Stephen Gidiere III
Julia B. Barber
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
gmoore@balch.com

*Counsel for Petitioner in No. 24-1184*

*/s/ Creighton R. Magid*
Creighton R. Magid #49713
DORSEY & WHITNEY LLP
1401 New York Avenue NW
Suite 900
Washington, D.C. 20005
Telephone: (202) 442-3555
Fax: (202) 315-3852
magid.chip@dorsey.com

*Counsel for Petitioner in Nos. 24-1190, 24-1217*

*/s/ Joshua B. Frank*
Joshua B. Frank
C. Joshua Lee
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, D.C. 20001
Tel.: (202) 639-7748
(202) 639-1130
joshua.frank@bakerbotts.com
joshua.lee@bakerbotts.com

*Counsel for Petitioner in No. 24-1190*

*/s/ Mark W. DeLaquil*
Mark W. DeLaquil
Andrew M. Grossman
Baker & Hostetler LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 861-1527
mdelaquil@bakerlaw.com

*Counsel for Petitioner in No. 24-1194*

| | |
|---|---|
| */s/ Makram B. Jaber* | */s/ David M. Flannery* |
| | David M. Flannery |
| Makram B. Jaber | Kathy G. Beckett |
| Allison D. Wood | Keeleigh S. Huffman |
| Aaron M. Flynn | Steptoe & Johnson PLLC |
| MCGUIRE WOODS LLP | 707 Virginia Street, East |
| 888 16th Street N.W., Suite 500 | Post Office Box 1588 |
| Black Lives Matter Plaza | Charleston, WV 25326 |
| Washington, DC 20006 | (304) 353-8000 |
| (202) 857-1700 | Dave.Flannery@steptoe-johnson.com |
| mjaber@mcguirewoods.com | Kathy.Beckett@steptoe-johnson.com |
| awood@mcguirewoods.com | Keeleigh.Huffman@steptoe-johnson.com |
| aflynn@mcguirewoods.com | |
| | Edward L. Kropp |
| | Steptoe & Johnson PLLC |
| | PO Box 36425 |
| | Indianapolis, Indiana 46236 |
| | 317-946-9882 |
| | Skipp.Kropp@steptoe-johnson.corn |
| *Counsel for Petitioner in No. 24-1201* | *Counsel for Petitioner in No. 24-1223* |

8

*/s/ Jennifer Freel*
Jackson Walker LLP
Jennifer Freel
Michael J. Nasi
Cody Lee Vaughn
100 Congress Avenue, Suite 1100
Austin, Texas 78701
[Tel.] (512) 236-2222
[Fax] (512) 391-2194
jfreel@jw.com
mnasi@jw.com
cvaughn@jw.com

*Counsel for Petitioner-Intervenor San Miguel Electric Cooperative, Inc.*

Todd Kim
Assistant Attorney General

*/s/ Redding Cofer Cates*
Sue Chen
Redding Cofer Cates
U.S. Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202-514-2617
*redding.cates@usdoj.gov*

*Counsel for Respondent EPA*

| FOR THE COMMONWEALTH OF MASSACHUSETTS | FOR THE STATE OF MINNESOTA |
|---|---|
| ANDREA JOY CAMPBELL<br>Attorney General | KEITH ELLISON<br>Attorney General |
| */s/ Julia Jonas-Day*<br>JULIA JONAS-DAY<br>Assistant Attorney General<br>TRACY TRIPLETT<br>Senior Enforcement Counsel<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963-2431<br>Tracy.Triplett@mass.gov<br>Julia.Jonas-Day@mass.gov | */s/ Peter Surdo*<br>PETER SURDO<br>Special Assistant Attorney General<br>Office of the Attorney General<br>445 Minnesota Street<br>Town Square Tower Suite 1400<br>Saint Paul, MN 55101<br>(651) 757-1061<br>Peter.Surdo@ag.state.mn.us |

*On Behalf of All State and Municipal Respondent-Intervenors*

*/s/ Sean H. Donahue*
Sean H. Donahue
Keri Davidson*
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003 (202) 277-7085
sean@donahuegoldberg.com
* Not admitted in District of Columbia

Surbhi Sarang
Richard Yates
Vickie Patton
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 440-4901
ssarang@edf.org
ryates@edf.org
vpatton@edf.org

*Counsel for Environmental Defense Fund*

*/s/ Hayden W. Hashimoto*
Shaun A. Goho
Hayden W. Hashimoto
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
617-624-0234
sgoho@catf.us
hhashimoto@catf.us

*Counsel for Alliance of Nurses for Healthy Environments, Citizens for Pennsylvania's Future, Clean Wisconsin, Natural Resources Council of Maine, and the Ohio Environmental Council*

11

*/s/ Deborah M. Murray*
Deborah M. Murray
Spencer Gall
Southern Environmental Law Center
120 Garrett Street, Ste. 400
Charlottesville, VA 22902
(434) 977-4090
dmurray@selcva.org
sgall@selcva.org

*Counsel for American Academy of Pediatrics, American Lung Association, American Public Health Association, and Physicians for Social Responsibility*

*/s/ Sanjay Narayan*
Sanjay Narayan
Sierra Club
Environmental Law Program
2101 Webster St., Ste 1300
Oakland, CA 94612
(415) 977-5769
sanjay.narayan@sierraclub.org

*Counsel for Sierra Club*

*/s/ John D. Walke*
John D. Walke Emily K. Davis Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005 (202) 289-6868 jwalke@nrdc.org
edavis@nrdc.org

*Counsel for Natural Resources Defense Council*

*/s/ Kevin Breiner*
Kevin Breiner
Hana Vizcarra
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
202-797-5239
hvizcarra@earthjustice.org
kbreiner@earthjustice.org

*Counsel for Air Alliance Houston, Chesapeake Climate Action Network, Clean Air Council, Downwinders at Risk, Environmental Integrity Project, Montana Environmental Information Center, and Sierra Club*

## CERTIFICATE OF COMPLIANCE

The foregoing Joint Proposed Briefing Format and Schedule complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) and Circuit R. 27, because it contains 794 words, excluding those parts of the motion exempted by Fed. R. App. P. 32(f).  I further certify that the foregoing also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared using Microsoft Word 365 in 14-point proportionally spaced Times New Roman font.

                                        Respectfully submitted,

                                        */s/ Philip Axt*
                                        PHILIP AXT
                                        Solicitor General of North Dakota

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2024, the foregoing JOINT PROPOSED BRIEFING FORMAT AND SCHEDULE was served electronically on all registered counsel through the Court's CM/ECF system.

/s/ Philip Axt
PHILIP AXT
Solicitor General of North Dakota